Donald P. Rubenstein (SBN 121034)
Theodore K. Klaasen (SBN 198866)
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415-543-8700

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL, INC.<br><br>Plaintiff(s)<br>v.<br><br>TURNER CONSTRUCTION COMPANY<br><br>Defendant(s) | Case Number:<br><br>2:05-CV-01945-DFL-KJM<br><br><br>**SUBSTITUTION OF ATTORNEY** |

C. International, Inc. ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby substitutes Donald P. Rubenstein, Reed Smith LLP _____ who is

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per   Two Embarcadero Center, Suite 2000
*Street Address*

San Francisco, CA 94111   415-543-8700   415-391-8269   121034
*City, State, Zip Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of David A. Howard, Schiff Hardin LLP
*Present Attorney*

Dated: October 17, 2005                                                         s/Ethan Trull
                                                                       *Signature of Party*
                                                                       Ethan Trull, Esq.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: October 19, 2005                                                      s/David A. Howard
                                                                  *Signature of Present Attorney*
                                                                  David A. Howard, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: October 24, 2005                                                    s/Donald P. Rubenstein
                                                                    *Signature of New Attorney*
                                                                    Donald P. Rubenstein, Esq.

**Substitution of Attorney is hereby**   X☐ **Approved.**   ☐ **Denied.**

Dated: 10/26/2005                                                          /s/ David F. Levi
                                                         **United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form **G-76** to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov**.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                     G01