ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR#: 153744
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for DEFENDANT/THIRD PARTY COMPLAINANT
TURNER CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>      Defendant. | CASE NO.: 2:05-CV-01945-DFL-KJM<br><br>[PROPOSED] ORDER FOR SERVICE OF SUMMONS ON CALIFORNIA SECRETARY OF STATE [[FRCP RULE 4(e)(1) and (h)(1); CCP Sec. 416.10; Corporations Code Sec. 1702(a)] |
| TURNER CONSTRUCTION COMPANY<br><br>   Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING, ET AL.<br><br>   Third Party Defendants. | |

Upon reading and considering the Application of Defendant and Third Party complainant, TURNER CONSTRUCTION COMPANY, for an order directing the service of summons on the Secretary of State against Third Party Defendant, DCF CONCRETE CONSTRUCTION, and all the evidence presenting in support thereof, and it satisfactorily

appearing to the Court that said Cross-defendant cannot be served with reasonable diligence in any other manner provided in *Federal Rules of Civil Procedure Rule 4, California Code of Civil Procedure Section 415.10 through 415.30,* it also appearing that a good cause exists, and being fully advised,

IT IS HEREBY ORDERED THAT

1. Service of the Summons be made on Third Party Defendant, DCF CONCRETE CONSTRUCTION by serving said summons, Plaintiff's Complaint, the Third Party Complaint and this Order on the California Secretary of State consistent with the provisions of *California Corporations Code Section 1702(a).*
2. Service of process upon the Secretary of State in lieu of service of process on Third Party Defendant, DCF CONCRETE CONSTRUCTION, is deemed complete on the 10th day after delivery of the process to the Secretary of State.
3. A copy of the summons, Plaintiff's Complaint, and the Third Party Complaint and of this Order be mailed to Third Party Defendant, DCF CONCRETE CONSTRUCTION, at its last known address forthwith.

DATED: 1/3/2006

_____
DAVID F. LEVI
United States District Judge