ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR#: 153744
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for DEFENDANT/
THIRD PARTY COMPLAINANT
TURNER CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>      Defendant.<br><hr>TURNER CONSTRUCTION COMPANY<br><br>      Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING, ET AL.<br><br>      Third Party Defendants. | CASE NO.: 2:05-CV-01945-DFL-KJM<br><br>SUBSTITUTION OF ATTORNEY FOR TURNER CONSTRUCTION |

   TURNER CONSTRUCTION COMPANY, Defendant hereby substitutes ROBERT A. BELLAGAMBA, ESQ. (State Bar Number 56537)/ J. KEVIN MOORE, ESQ. (State Bar Number 153744) who are retained counsel from CLAPP MORONEY BELLAGAMBA VUCINICH, 6130 Stoneridge Mall Road, Suite 275, Pleasanton, California 94588; Telephone: (925) 734-0990; Facsimile:

1  (925) 734-0888, as attorney of record in the place and stead of
2  DANIEL C. MURRAY, ESQ. of Johnson & Bell.
3      The above substituted counsel are admitted to practice in this
4  District and proper notice and further consent to the above
5  substitution has been obtained from TURNER CONSTRUCTION COMPANY and
6  former counsel.  (See Exhibit A attached herein.)

8      IT IS ORDERED THAT:
9      The Substitution of Attorney is hereby APPROVED.

11 DATED: 2/16/2006

_____
DAVID F. LEVI
United States District Judge

**SUBSTITUTION OF ATTORNEY FOR TURNER CONSTRUCTION** 2

G:\DOCS\LEV\3. Signed Orders to be Processed\05cv1945.o.217.wpd.wpd