1  | **Leigh A. Stepp, SBN 137707**
**ANWYL, SCOFFIELD & STEPP, LLP**
2  | **2180 Harvard Street, Suite 200**
**Sacramento, California 95815**
3  | **Telephone:      (916) 565-1800**
**Facsimile:      (916) 565-2374**
4  |
5  | **Attorneys for Third Party Defendant**
**ALPHA OMEGA PAINTING**

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9  | C. INTERNATIONAL CORPORATION  )   **CASE NO.: 2:05-CV-01945-DFL-**
                                  )   **KJM**
10 |      Plaintiff,              )
                                  )   **SUBSTITUTION OF ATTORNEY AND**
11 | v.                           )   **ORDER THEREON**
                                  )
12 | TURNER CONSTRUCTION COMPANY,  )
                                  )
13 |      Defendant.              )
   | _____ )
14 | TURNER CONSTRUCTION COMPANY,  )
                                  )
15 |      Third Party Complainant, )
                                  )
16 | v.                           )
                                  )
17 | ALPHA OMEGA PAINTING, et al.  )
                                  )
18 |      Third Party Defendants.  )
   | _____ )

19 | THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

20 |      Third Party Defendant ALPHA OMEGA PAINTING makes the following

21 | substitution:

22 | 1.    Former legal representative:

23 |       William G. Hanson, Esq.
          Law Offices of William G. Hanson
24 |       2121 North California Blvd., Suite 290
          Walnut Creek, CA 94596
25 | ///

26 | ///

27 | ///

28

1  2.    New legal representative:

2       Leigh A. Stepp, Esq.
        Anwyl, Scoffield & Stepp, LLP
3       2180 Harvard Street, Suite 200
        Sacramento, CA 95815
4       Telephone: (916) 565-1800
        Facsimile: (916) 565-2374

5
   I consent to this substitution.
6
   DATE: January _____, 2006
7

8                                   _____
                                    LYLE KNITTLE
9                                   ALPHA OMEGA PAINTING

10 I consent to this substitution.

11 DATED: January _____, 2006     LAW OFFICES OF WILLIAM G. HANSON

12

13                                 By: _____
                                        WILLIAM G. HANSON
14
   I consent to this substitution.
15
   DATED: January _____, 2006     ANWYL, SCOFFIELD & STEPP, LLP
16

17
                                   By: _____
18                                      LEIGH A. STEPP
                                        Attorney for Third Party
19                                      Defendant ALPHA OMEGA PAINTING

20

21 IT IS SO ORDERED.

22
   DATED: 2/24/2006
23

24

25     _____
26     DAVID F. LEVI
       United States District Judge
27

28

SUBSTITUTION OF ATTORNEY