HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
HOWARD W. ASHCRAFT, JR. - 87805
GREGORY J. KORBEL - 224026
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
gkorbel@hansonbridgett.com

Attorneys for Third-Party Defendant
RAYMOND PROFESSIONAL GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>　　　　　Defendant.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>　　　　Third-Party Complainant,<br><br>　　v.<br><br>ALPHA OMEGA PAINTING, CAL-AIR, INC., DCF CONCRETE CONSTRUCTION, DE SILVA GATES, F.D. THOMAS, INC., JD2, INC., KLEINFELDER, INC., LOWNEY ASSOCIATES, RAYMOND PROFESSIONAL GROUP, INC. f.k.a. RAYMOND-NOBB, WESTERN SINGLE PLY, and MOISTURE CONTROL TECHNOLOGIES,<br><br>　　　　Third-Party Defendants. | No. 2:05-CV-01945-DFL-KJM<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF HEARING ON MOTION FOR GOOD <u>FAITH SETTLEMENT DETERMINATION</u>**<br><br>Current Date:　　May 10, 2006<br>Time:　　　　　　10:00 A.M.<br>Courtroom:　　　　7 |

Third-Party Defendant RAYMOND PROFESSIONAL GROUP – A/E, INC. f.k.a RAYMOND NOBB (hereinafter "RAYMOND") hereby requests a continuance of the hearing on its Motion for Determination of Good Faith Settlement to 10:00 a.m. on May 24, 2006 in order to permit it to obtain key evidence in support of its motion. Good cause exists to support this application based on the following:

1. In order to adequately respond to statements and allegations in Defendant and Third Party Defendant TURNER CONSTRUCTION COMPANY's Opposition to the Motion for Determination of Good Faith Settlement, RAYMOND seeks to submit the declaration of its consulting engineer, Raymond LaTona, of Simpson Gumpertz & Heger Inc. Unfortunately, Mr. LaTona is currently out of the country on a cruise vacation and cannot be contacted to discuss this matter or sign a declaration detailing the results of his investigation until after the May 3, 2006 deadline for RAYMOND to file its Reply in Support of the Motion for Determination of Good Faith Settlement. Counsel for RAYMOND has received assurances that Mr. LaTona will be available to discuss his findings and prepare the necessary declaration in support of his findings shortly after returning from his vacation.

2. On April 27 and 28, 2006, counsel for RAYMOND contacted the counsel for all parties that have appeared in this action to inform them of Mr. LaTona's unavailability and to request that they stipulate to continue the hearing from May 10, 2006 to May 24, 2006.

  i. All parties that have appeared in this action agreed to stipulate to the proposed continuance

  ii. Counsel orally stipulated to the requested continuance on behalf of their respective clients as follows: (1) Donald Rubenstein on behalf of C. INTERNATIONAL; (2) J. Kevin Moore on behalf of TURNER CONSTRUCTION COMPANY; (3) Leigh Stepp on behalf of ALPHA OMEGA PAINTING; (4) Patrick Callahan on behalf of DE SILVA GATES CONSTRUCTION; (5) Audra Thompson on behalf of KLEINFELDER, INC.; (6) James Jardin on behalf of LOWNEY ASSOCIATES; (7) William Pahland, Jr. on behalf of MOISTURE CONTROL TECHNOLOGIES; (8) Phil Pierce on behalf of JD2, Inc; (9) Raul Salinas on behalf of CAL-AIR, INC.; and (10) Suzanne Tollefson on behalf of WESTERN SINGLE PLY.

3. For the reasons set forth above, RAYMOND respectfully requests a continuance of the May 10, 2006 hearing on its Motion for Determination of Good Faith Settlement until May 24, 2006 at 10:00 a.m. in Dept 7 of this Court.

DATED: May 1, 2006

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: _____/S/_____
GREGORY J. KORBEL
Attorneys for Third-Party Defendant

**ORDER**

IT IS HEREBY ORDERED that the Hearing on the Motion for Determination of Good Faith Settlement in the above-captioned matter be continued from May 10, 2006 at 10:00 A.M. to May 24, 2006, at the same hour.

Dated: May 5, 2006

/s/ David F. Levi
Honorable David F. Levi