```
SUZANNE A. TOLLEFSON, SBN 148552
VITALE * LOWE
3249 Quality Drive, Suite 200
Rancho Cordova, CA 95670
Tel: 916/851-3750
Fax: 916/851-3770

Counsel for Third Party Defendant and
Third Party Cross-Defendant WESTERN
SINGLE PLY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION, ) | Case No.: 2:05-CV-01945-DFL-KJM |
| ) | |
| Plaintiff, ) | **APPLICATION FOR SUBSTITUTION OF COUNSEL; ORDER** |
| ) | |
| v. ) | Third Party Complaint Filed: September 29, 2005 |
| ) | |
| TURNER CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| TURNER CONSTRUCTION COMPANY ) | |
| ) | |
| Third Party Complainant, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHA OMEGA PAINTING; et al., ) | |
| ) | |
| Third Party Defendants. ) | |
| _____/ ) | |
| AND RELATED CROSS-ACTIONS. ) | |
| ) | |
| _____/ ) | |

_
///

///

///

-1-

COMES NOW, Third Party Defendant WESTERN SINGLE PLY and hereby requests that the court approve the substitution of the following attorney from Jacobsen & McElroy as Counsel of record in the instant matter:

Eileen T. booth (State Bar No. 182974), 2401 American River Drive, Suite 100, Sacramento, CA 95825, 916-971-4100

WESTERN SINGLE PLY requests that Ms. Booth be substituted as counsel of record in place and stead of the following attorney for Vitale & Lowe:

Suzanne Tollefson (State Bar No. 148552), 3249 Quality Drive, Suite 200, Rancho Cordova, CA 95670, 916-851-3750

Dated: June 8, 2006                **VITALE & LOWE**

```
                                       /S/
                          By:_____
                              SUZANNE A. TOLLEFSON
                              Attorneys for Third Party
                              Defendant WESTERN SINGLE PLY
```

DATED: July 7, 2006                **JACOBSEN & McELROY**

```
                                       /S/
                          By:_____
                              Eileen T. Booth
                              Attorneys for Cross-Defendant
                              SACRAMENTO A-1 DOOR
```

Dated: June ___, 2006              **WESTERN SINGLE PLY**

```
                                       /S/
                          By:_____
                              RON HUNT
                              Authorized Representative
                              WESTERN SINGLE PLY
```

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>    Defendant.<br>_____<br><br>TURNER CONSTRUCTION COMPANY<br><br>    Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING; et al.,<br><br>    Third Party Defendants.<br>_____/<br>AND RELATED CROSS-ACTIONS.<br>_____/ | Case No.:  2:05-CV-01945-DFL-KJM<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL;  ORDER**<br><br>Third Party Complaint Filed: September 29, 2005 |

**ORDER**

Based on the foregoing application, and with good cause appearing, it is hereby ordered that Eileen T. Booth of Jacobsen & McElroy be hereby substituted in as counsel of record for Third Party Defendant WESTERN SINGLE PLY in the instant matter.

It is so ordered.

Date: July 7, 2006          /s/ David F. Levi_____
                            Hon. David F. Levi
                            Judge of the United States District
                            Court Eastern District of California

-3-

Application for Substitution of Counsel; [Proposed] Order

**CERTIFICATE OF SERVICE**

I, Cindy A. Ingland, declare:

I am a citizen of the United States, am over the age of eighteen years, an am not a party to or interested in the within entitled cause. My business address is 2401 American River Drive, Suite 100, Sacramento, California 95825.

On July 7, 2006, I served the following document(s) on the parties in the within action:

**Application for Substitution of Counsel [Proposed] Order**

**BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, California on this date, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 7, 2006.

_____
CINDY A. INGLAND

1

**Service List**

2

**Plaintiffs**
Donald P. Rubenstein
Theodore K. Klaassen
Reed Smith LLP
Two Embarcadero Center, #2000
San Francisco, CA 94120
Tel: (415) 543-8700
Fax: (415) 391-8269

**Turner Construction Co.**
Robert Bellagamba
Clapp, Moroney, Bellagamba, & Vucinich
6130 Stoneridge Mall Rd., #275
Pleasanton, CA 94588
Tel: (925) 734-0990
Fax: (925) 734-0888

**Cal Air, Inc.**
Raul F. Salinas
Rick D. Navarette
Adorno Yoss Alvarado & Smith
633 W. Fifth Street, #1150
Tel: (213) 229-2400
Fax: (213) 229-2499

**Co-Counsel Cal Air, Inc.**
Kathleen Q. Brown
Elie & Associates
11070 White Rock Road, #200
Rancho Cordova, CA 95670
Tel: (916) 638-6610
Fax: (916) 638-6607

**DeSilva Gates Construction**
Steven M. Marden
Patrick M. Callahan
Burnham Brown
P.O. Box 119
Oakland, CA 94604
Tel: (510) 444-6800
Fax: (510) 835-6666

**Alpha Omega Painting**
Leigh A. Stepp
Anwyl, Scoffield & Stepp
2180 Harvard Street, #200
Sacramento, CA 95815
Tel: (916) 565-1800
Tel: (916) 565-2384

**JD2, Inc.**
Jeffrey B. Stoltz

Lewis, Brisbois, Bisgaard & Smith
221 North Figueroa St., #1200
Los Angeles, CA 90012
Tel: (213) 250-1800
Fax: (213) 250-7900

**Co-Counsel JD2, Inc.**
Edward F. Morrison, Jr.
The Morrison Law Group
333 South Hope St., 35th Floor
Los Angeles, CA 90071
Tel: (213) 356-5500
Fax: (213) 356-5511

**Co-Counsel JD2, Inc.**
Charles L. Eisner
Boornazian, Jensen & Garthe
555 12th Street, #1800
P.O. Box 12925
Oakland, CA 94604
Tel: (510) 834-4350
Fax: (510) 839-1897

**Kleinfelder, Inc.**
Gary L. Vinson
Audra L. Thompson
Greve, Clifford, Wengel & Paras LLP
2870 Gateway Oaks Drive, #210
P.O. Box 2469
Sacramento, CA 95812-2469
Tel: (916) 443-2011
Fax: (916) 441-7457

**Raymond Professional Group-A/E, Inc.**
Howard W. Ashcraft, Jr.
Gregory J. Korbel
Hanson, Bridgett, Marcus Vlahos & Rudy
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: (415) 777-3200
Fax: (415) 541-9366

Western Single Ply
Suzanne Tollefson
Vitale & Lowe
3249 Quality Drive, #200
Rancho Cordova, CA 95670-6098
Tel: (916) 851-3750
Fax: (916) 851-3770

**Lowney Associates**
Jane Curran Pandell
James C. Jardin
Pandell Law Firm, Inc.
1990 N. California Blvd, #1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

**Moisture Control Technologies**
Daniel R. Miller
William D. Pahland
Miller, Starr & Regalia
1331 N. California Blvd.,Fifth Floor
P.O. Box 8177
Walnut Creek, CA 94596
Tel: (925) 935-9400
Fax: (925) 933-4126

**Special Master**
Peter H. Dekker
Griffiths, Castle & Lawlor Goyette
2000 Crow Canyon Place, #190
San Ramon, CA 94583
Tel: (925) 904-0111
Fax: (925) 904-0110

Frances Quevedo Jett
Adorno Yoss Alvarado & Smith
633 West Fifth Street, #1150
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Application for Substitution of Counsel; [Proposed] Order