ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR# 153744
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendant|Third Party Complainant
TURNER CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>    Defendant. | |
| TURNER CONSTRUCTION COMPANY,<br><br>    Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING, ET AL.,<br><br>    Third Party Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

CASE NO.: 2:05-CV-01945-RRB-KJM

ORDER RE: LEAVE TO FILE AMENDED THIRD PARTY COMPLAINT

THIS MATTER CAME BEFORE THIS COURT upon the application of TURNER CONSTRUCTION COMPANY to Special Master Peter Dekker, and the recommendation of Special Master Peter Dekker, for leave for TURNER CONSTRUCTION COMPANY to file an amended Third Party Complaint in this matter.  TURNER CONSTRUCTION COMPANY seeks leave to amend to join C & L COATINGS, INC. to this matter as a third party defendant based upon the recent allegations of another third party defendant in response to Plaintiff's claims in this matter.  For good cause showing, it is

ORDERED, ADJUDGED, AND DECREED that TURNER CONSTRUCTION COMPANY has leave of court to file an amended Third Party Complaint to join C & L COATINGS, INC. to this matter as a third party defendant.

ENTERED this 31st day of July, 2007.

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline
U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com