ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
J. KEVIN MOORE, ESQ.  BAR#: 153744
CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendant
TURNER CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>    Defendant. | CASE NO.: 2:05-CV-01945-JAM-KJM<br><br>ORDER RE: GOOD FAITH SETTLEMENT |
| TURNER CONSTRUCTION COMPANY,<br><br>    Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING, ET AL.,<br><br>    Third Party Defendants. | |

**THIS MATTER CAME BEFORE THE COURT** on the stipulation of all parties, with the exclusion of RAYMOND PROFESSIONAL GROUP which is in bankruptcy, by and through their respective counsel of record, and in accordance with the applicable Rules of the Federal Rules of Civil Procedure.  Upon review of the stipulation, this Court find that:

1.     The parties – with the exception of RAYMOND PROFESSIONAL GROUP, which is in bankruptcy – have entered into a settlement agreement pursuant to which all claims in the above-captioned matter will be dismissed upon, among other things, a

determination that this settlement is in good faith for purposes of California Code of Civil Procedure Section 877 et seq.;

  2. That the parties herein – with the exception of RAYMOND PROFESSIONAL GROUP, which is in bankruptcy – by and through there counsel have stipulate that the settlement amongst themselves is in good faith pursuant to California Code of Civil Procedure Section 877 et seq.;

  3. That upon a determination of good faith by this Court, the payment of all settlement amounts, and the filing of the various dismissal – conditions which are all set forth in the settlement agreement attached to the parties' stipulation, this matter will be ready for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

  4. It appearing to the Court that good cause has been shown; it is

ORDERED, ADJUDGED and DECREED that the settlement by and amongst the parties herein, with the exception of RAYMOND PROFESSIONAL GROUP, which is in bankruptcy, is in good faith pursuant to and for purposes of California Code of Civil Procedure  Section 877 et seq.

ENTERED THIS 21st day of April, 2009.

      /s/ John A. Mendez
      UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com