```
ROBERT A. BELLAGAMBA, ESQ.  BAR#: 56537
CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendant
TURNER CONSTRUCTION COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br><br>    Defendant. | CASE NO.: 2:05-CV-01945-JAM-KJM<br><br>ORDER RE: GOOD FAITH SETTLEMENT; DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| TURNER CONSTRUCTION COMPANY,<br><br>    Third Party Complainant,<br><br>v.<br><br>ALPHA OMEGA PAINTING, ET AL.,<br><br>    Third Party Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the Settling Parties through their respective counsel of record:

In accordance with the Settlement Agreement, Release and Covenant Not to Sue, the settlement reached among the Settling Parties is made in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.

///

Good cause appearing therefore, **IT IS HEREBY ORDERED** that:

CAPTION   C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\05CV1945.O.64.DOC

1. The settlement among the Settling Parties is found to be in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.

2. Pursuant to California Code of Civil Procedure §§877 and 877.6, any and all past, present or future claims by any other party, or any other joint tortfeasor or co-obligor, including non-parties to this action, based on any theories of equitable comparative contribution, partial or comparative indemnity, implied indemnity, equitable indemnity, or otherwise based in any way on comparative negligence or comparative fault, are forever barred against every other party.

3. The Court hereby, and in accordance with F.R.C.P. 41(a)(2) and the Settlement Agreement, dismisses the entire action, with prejudice, as to all claims and all Settling Parties.

**IT IS SO ORDERED.**

DATED: June 4, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

CAPTION

2

C:\DOCUMENTS AND SETTINGS\HVINE\DESKTOP\05CV1945.O.64.DOC

PDF created with pdfFactory trial version www.pdffactory.com